

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00039-CR

| | | |
|---|---|---|
| DANIEL CORTEZ, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR14830) |
| V. | § | October 23, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and bill of costs are modified to delete the $970.37 "Criminal Fine Fee" from the $1,085 listed as "costs." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell